IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | PETITION TO RELEASE |
| VS. | ) | RECORDS / COURT DOCUMENTS |
| | ) | |
| Cody Raymond Hanson | ) | DOCKET NO. CR 20-72-BLG-SPW |

Whereas the above-named defendant has been charged with committing the offense of Possession with Intent to Distribute Methamphetamine, in United States District Court for the District of Montana, the Petitioner requests that the Court order all adult records pertaining to the defendant held by Havre City Court, including charging documents, plea agreements, presentence investigation reports, incident reports, medical, treatment, attorney representation, and case dispositions, be released to the Petitioner for the purpose of preparing a Presentence Investigation Report for the Court.

Respectfully,

_[signature]_  5/4/21
Darren Galerkin                          Date
United States Probation Officer

========================
**ORDER**
========================

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order this ___4th___ day of May, 2021, the release of requested records held by Havre City Court, to the Petitioner or authorized agency of the United States Probation Office for the purpose of preparing a Presentence Investigation Report for the Court.

_[signature]_
Honorable Susan P. Watters
United States District Judge