IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CODY RAYMOND HANSON and DANIELLE LEONA DYE,<br><br>Defendants. | CR 20-72-BLG-SPW<br><br>AMENDED FINAL ORDER OF FORFEITURE |

WHEREAS, in the indictment in the above-captioned case, the United States sought forfeiture, pursuant to 21 U.S.C. § 853, of any real or personal property of the defendants used or intended to be used to facilitate, or as proceeds of said violation;

AND WHEREAS, on January 28, 2021, defendant Hanson entered a plea of guilty to count II of the indictment charging possession with intent to distribute methamphetamine;

AND WHEREAS, on April 15, 2021, defendant Dye entered a plea of guilty to count II of the indictment charging possession with the intent to distribute methamphetamine;

1

AND WHEREAS, the defendants agreed not to contest, or assist others in contesting, the forfeiture sought in the charging document to which the defendants plead guilty;

AND WHEREAS, by virtue of said guilty pleas, the United States is entitled to possession of said property, pursuant to 21 U.S.C. §§ 841(a)(1) and 853, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

AND WHEREAS, beginning on July 21, 2021, and ending on August 19, 2021, the United States published on an official government internet site (www.forfeiture.gov), notice of this forfeiture and of the United States' intent to dispose of the property listed below in accordance with federal law, under 21 U.S.C. § 853(n)(1):

- $11,061.25 in United States currency;
- $420.00 in United States currency;
- $11,720.00 in United States currency;
- $2,550.00 in United States currency;
- Diamondback Firearms DB15, 5.56 Caliber Rifle (SN: DB203648);
- Rossi Firearms R223HB .223 Caliber Rifle (SN: AS006418);
- Davis Industries DM-22 .22 Caliber Handgun (SN:025390) with attached Holosun Optic;
- Springfield Armory Saint Victor, 5.56 Caliber Rifle (SN: BT20369)
- Black Rain Ordnance Spec 15 Multi-Caliber Rifle (SN: SM002198);
- Remington Camo 870 12 Gauge Shotgun (SN: AB754318A);
- High Standard Sport-King .22 Caliber Rifle (SN: NONE);
- Savage Arms 110E 30-06 Caliber Rifle (SN: E249676) with attached Scope and sling;
- Remington 870 Express 12 Gauge Shotgun (SN: AB330589A);
- Husqrvana .243 Caliber Rifle (SN: 276048);

- Remington 870 Express Super Magnum 12 Gauge Shotgun (SN: RS150394);
- Anderson Manufacturing AM-15 Multi Caliber Rifle (SN: 16347437);
- Savage Arms Mark II (SN: 351747);
- Taurus Model 44, .44 Caliber Revolver (SN: FX693110);
- Ruger 10/22 Caliber Rifle (SN: 141126);
- Ruger AR 5.56 Caliber Rifle (SN: 8563068);
- Miscellaneous Firearm Cases and one Firearm holster; and
- Miscellaneous ammunition.

AND WHEREAS, the Court has been advised that no claims have been made in this case regarding the property and the United States is not aware that any such claims have been made;

ACCORDINGLY, IT IS ORDERED as follows:

1. The United States shall seize the forfeited property described above;

2. The right, title, and interest in the property is condemned, forfeited, and vested in the United States of America for disposition according to applicable law;

3. All forfeited funds shall be deposited forthwith by the United States Marshal into the Department of Justice Asset Forfeiture Fund in accordance with 21 U.S.C. § 853(n)(1); and

4. The Clerk is directed to send copies of this order to all counsel of record and the defendants. The Clerk is further directed to send three certified copies of this order to the United States Marshal.

DATED this 13th day of October, 2021.

_____
SUSAN P. WATTERS
United States District Court Judge